# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK LEMON,<br><br>Defendant. | Case No. 1:18-po-00244-SAB<br><br>ORDER VACATING TRIAL AND SETTING STATUS CONFERENCE |

A citation was filed in this action on September 13, 2018. (ECF No. 1.) Mark Lemon ("Defendant") failed to appear for his initial appearance on September 27, 2018, and was assessed $380.00. On November 15, 2018, Defendant appeared and this matter was set for a bench trial on February 21, 2019, at 1:00 p.m. On February 10, 2019, Defendant paid $280.00 toward the assessment of $380.00 due in this action. Accordingly, the bench trial is vacated and a status conference is set for February 21, 2019, at 1:00 a.m. in Courtroom 9.

Defendant Lemon is ordered to appear at the February 21, 2019 hearing unless the remaining assessment of $100.00 is received by the Office of the Clerk **prior to February 21, 2019**.

IT IS SO ORDERED.

Dated: **February 15, 2019**

UNITED STATES MAGISTRATE JUDGE

1