| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | GARY M. LEUIS |
| 3 | Special Assistant United States Attorney<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |
| 8 | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-PO-00244-SAB |
| Plaintiff, | STIPULATION TO VACATE HEARING DATE; ORDER |
| v. | |
| MARK LEMON, | Date: February 21, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Stanley A. Boone |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Gary M. Leuis, counsel for the plaintiff, and pro se defendant MARK LEMON,

//

//

//

//

//

//

//

//

1

that due to defendant's payment of the $100 assessment fee due, that the hearing currently set for 10:00 am on February 21, 2019 be vacated.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: February 20, 2019                    /s/ Gary M. Leuis
                                           GARY M. LEUIS
                                           Special Assistant United States Attorney
                                           Attorney for Plaintiff

Date: February 20, 2019                     /s/ Mark LeMon
                                           MARK LEMON
                                           Defendant

**O R D E R**

IT IS SO ORDERED.

Dated:  **February 20, 2019**
                                           UNITED STATES MAGISTRATE JUDGE